# EXHIBIT A

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| CHANNA NEWMAN, | CIVIL DIVISION |
| Plaintiff, | GD-19- |
| v. | TYPE OF DOCUMENT: |
| POINT PARK UNIVERSITY, | **PRAECIPE FOR WRIT OF SUMMONS** |
| Defendant. | Filed on Behalf of: |

Channa Newman,
Plaintiff.

Code and Classification:
Code:__

Counsel of Record for this Party:

James B. Lieber
Pa. I.D. No. 21748

Thomas M. Huber
Pa. I.D. No. 83053

LIEBER HAMMER HUBER & PAUL, P.C.

5528 Walnut Street
Pittsburgh, PA 15232
(412) 687-2231 (telephone)
(412) 687-3140 (fax)

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHANNA NEWMAN, | CIVIL DIVISION |
| Plaintiff, | GD-19- |
| v. | |
| POINT PARK UNIVERSITY, | |
| Defendant. | |

## PRAECIPE FOR WRIT OF SUMMONS

To the Civil/Family Division, Allegheny County Department of Court Records:

Please issue a writ of summons in the above-captioned civil action against the within-named Defendant Point Park University.

Respectfully Submitted,

LIEBER HAMMER HUBER & PAUL, P.C.

Date: November 26, 2019

s/James B. Lieber
James B. Lieber
Pa. I.D. No. 21748
Thomas M. Huber
Pa. I.D. No. 83053
5528 Walnut Street
Pittsburgh, PA 15232
(412) 687-2231 (telephone)
(412) 687-3140 (fax)

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| CHANNA NEWMAN, | CIVIL DIVISION |
| Plaintiff, | GD-19- |
| v. | |
| POINT PARK UNIVERSITY, | |
| Defendant. | |

### CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania Case Records of Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Respectfully Submitted,

LIEBER HAMMER HUBER & PAUL, P.C.

Date: November 26, 2019

s/James B. Lieber
James B. Lieber
Pa. I.D. No. 21748
Thomas M. Huber
Pa. I.D. No. 83053
5528 Walnut Street
Pittsburgh, PA 15232
(412) 687-2231 (telephone)
(412) 687-3140 (fax)

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

_____Allegheny_____ County

*For Prothonotary Use Only:*

Docket No: _____

TIME STAMP

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

Lead Plaintiff's Name: Channa Newman
Lead Defendant's Name: Point Park University

Are money damages requested? ☒ Yes ☐ No

Dollar Amount Requested: (check one)
☐ within arbitration limits
☒ outside arbitration limits

Is this a *Class Action Suit*? ☐ Yes ☒ No
Is this an *MDJ Appeal*? ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: James B. Lieber

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**SECTION B**

**TORT** (do not include Mass Tort)
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability (does not include mass tort)
- ☐ Slander/Libel/ Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** (do not include Judgments)
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other _____
- ☒ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other _____
- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other _____
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

*Updated 1/1/2011*

# NOTICE

**Pennsylvania Rule of Civil Procedure 205.5. (Cover Sheet) provides, in part:**

**Rule 205.5.   Cover Sheet**

(a)(1)   This rule shall apply to all actions governed by the rules of civil procedure except the following:

    (i)   actions pursuant to the Protection from Abuse Act, Rules 1901 et seq.

    (ii)   actions for support, Rules 1910.1 et seq.

    (iii)   actions for custody, partial custody and visitation of minor children, Rules 1915.1 et seq.

    (iv)   actions for divorce or annulment of marriage, Rules 1920.1 et seq.

    (v)   actions in domestic relations generally, including paternity actions, Rules 1930.1 et seq.

    (vi)   voluntary mediation in custody actions, Rules 1940.1 et seq.

(2)   At the commencement of any action, the party initiating the action shall complete the cover sheet set forth in subdivision (e) and file it with the prothonotary.

(b)   The prothonotary shall not accept a filing commencing an action without a completed cover sheet.

(c)   The prothonotary shall assist a party appearing pro se in the completion of the form.

(d)   A judicial district which has implemented an electronic filing system pursuant to Rule 205.4 and has promulgated those procedures pursuant to Rule 239.9 shall be exempt from the provisions of this rule.

(e)   The Court Administrator of Pennsylvania, in conjunction with the Civil Procedural Rules Committee, shall design and publish the cover sheet. The latest version of the form shall be published on the website of the Administrative Office of Pennsylvania Courts at www.pacourts.us.

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CIVIL DIVISION

### COVER SHEET

| Plaintiff(s)<br>CHANNA NEWMAN | CIVIL DIVISION |
|---|---|
| | Case Number :<br>GD - 19 - |
| | Type of pleading :<br>Praecipe for Writ of Summons |
| | Code and Classification : |
| | Filed on behalf of<br>Plaintiff Channa Newman |
| Vs<br>Defendant(s)<br>POINT PARK UNIVERSITY | (Name of the filing party) |
| | ✓ Counsel of Record<br>☐ Individual, If Pro Se |
| | Name, Address and Telephone Number :<br>James B. Lieber<br>Lieber Hammer Huber & Paul, P.C.<br>5528 Walnut Street<br>Pittsburgh, PA 15232 |
| | Attorney's State ID : 21748 |
| | Attorney's Firm ID : |

GD-19