# EXHIBIT B

WRIT OF SUMMONS IN CIVIL ACTION
NOTICE OF SUIT TO SHERIFF OF ALLEGHENY CO
TO DEFENDANT(S): You are notified that the plaintiff(s)
has/have commenced an action against you which you are
required to Defend.

    Michael McGeever, Director, Department of Court Records

Date <u>01/06/2020</u>

Returnable <u>02/05/2020</u>

## WRIT OF SUMMONS IN CIVIL ACTION

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLV,

| Plaintiff(s)<br><br>**Newman, Channa** | Case Number:<br>**GD-19-016752**<br><br>Type of pleading:<br>**Praecipe to Reissue Summons**<br><br>Filed on behalf of:<br>**Newman Channa**<br><br><u>**Newman Channa**</u><br>(Name of filing party) |
| --- | --- |
| Defendant(s)<br><br>**Point Park University** | [X]  Counsel of Record<br><br>[ ]  Individual, If Pro Se<br><br>Name, Address and Telephone Number:<br><br>Attorney's State ID: **21748** |

**Michael McGeever, Director, Department of Court Records**