# EXHIBIT C

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHANNA NEWMAN, | CIVIL DIVISION |
| Plaintiff, | GD-19-016752 |
| v. | TYPE OF DOCUMENT: |
| POINT PARK UNIVERSITY, | **ACCEPTANCE OF SERVICE** |
| Defendant. | Filed on Behalf of: |

Channa Newman,
Plaintiff.

Code and Classification:
Code:___

Counsel of Record for this Party:

James B. Lieber
Pa. I.D. No. 21748

Thomas M. Huber
Pa. I.D. No. 83053

LIEBER HAMMER HUBER & PAUL, P.C.

5528 Walnut Street
Pittsburgh, PA 15232
(412) 687-2231 (telephone)
(412) 687-3140 (fax)

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CHANNA NEWMAN,                 CIVIL DIVISION

      Plaintiff,                      GD-19-016752

      v.

POINT PARK UNIVERSITY,

      Defendant.

## ACCEPTANCE OF SERVICE

I accept service of the Writ of Summons on behalf of Point Park University and certify that I am authorized to do so.

Respectfully Submitted,

REED SMITH, LLP

_/s/ David J. McAllister_

01/09/2020
(Date)

Catherine S. Ryan / David J. McAllister
Pa. I.D. No. 78603/ Pa. I.D. No. 36729
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| CHANNA NEWMAN, | CIVIL DIVISION |
| Plaintiff, | GD-19-016752 |
| v. | |
| POINT PARK UNIVERSITY, | |
| Defendant. | |

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania Case Records of Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Respectfully Submitted,

Date: Jan. 8, 2020                                        s/Thomas M. Huber

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHANNA NEWMAN, | CIVIL DIVISION |
| Plaintiff, | GD-19-016752 |
| v. | |
| POINT PARK UNIVERSITY, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I certify that on the 8th day of January, 2020, a true and correct copy of the foregoing was served via electronic mail on the following:

Catherine S. Ryan
David J. McAllister
Reed Smith, LLP
225 Fifth Ave., Suite 1200
Pittsburgh, PA 15232

s/Thomas M. Huber