# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHANNA NEWMAN,                )
                              )
        Plaintiff,            )
                              )     2:20-cv-204
            v.                )
                              )
POINT PARK UNIVERSITY,        )
                              )
        Defendant.            )

Hearing Type:  Oral Argument (via Video Conference)
         Date:  June 30, 2020
       Before:  Chief Judge Mark R. Hornak

| Counsel for Plaintiff | James B. Lieber; Thomas M. Huber |
| --- | --- |
| Counsel for Defendant | Mariah H. McGrogan; Catherine S. Ryan; David J. McAllister |
| Court Reporter | Noreen Re |
| Law Clerk | Terence A. Parker |
| Start time | 2:05 PM |
| End time | 3:34 PM |

**SUMMARY OF PROCEEDINGS:**

The Court held Oral Argument on Defendant's pending motion to dismiss. Plaintiff shall file a more definite statement as to Counts 13, 14, 15, 16, and 19, on or before July 10, 2020. Defendant may respond on or before July 17, 2020. Plaintiff withdrew Count 12 during oral argument, which the Court granted. An appropriate Order will issue.