IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHANNA NEWMAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:20-cv-00204-MRH |
| | ) | |
| POINT PARK UNIVERSITY, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE REGARDING
PLAINTIFF'S MORE DEFINITE STATEMENT**

Defendant Point Park University submits this Notice regarding Plaintiff's More Definite Statement.

In response to the Court's July 1, 2020 Order (ECF No. 37), Plaintiff has filed a More Definite Statement as to Counts 13, 14, and 19 of her Amended Complaint. ECF No. 38. In her More Definite Statement, Plaintiff avers that Counts 15 and 16 of her Amended Complaint are now "withdrawn/merged with" Counts 13 and 14. ECF No. 38, p. 10.

Contemporaneously with this Notice, Point Park is filing a Response as to Count 19 ("Intentional Infliction of Emotional Distress") of the Amended Complaint, as modified by Plaintiff's More Definite Statement, and continues to seek dismissal of the Count pursuant to Rule 12(b)(6).

As to Counts 13 and 14 ("Breach of Contract") of the Amended Complaint, as modified by Plaintiff's More Definite Statement, Point Park is of the view that said Counts should be addressed, following discovery, through a Motion for Summary Judgment and, as such, does not seek their dismissal at this stage.

- 2 -

        */s/ David J. McAllister*
        Catherine S. Ryan (PA 78603)
        cryan@reedsmith.com
        David J. McAllister (PA 36729)
        dmcallister@reedsmith.com
        Mariah H. McGrogan (PA 318488)
        mmcgrogan@reedsmith.com

        Reed Smith LLP
        225 Fifth Avenue, Suite 1200
        Pittsburgh, PA  15222
        Phone:  (412) 288-4226/3058/3152
        Fax:     (412) 288-3063

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 17, 2020, a true and correct copy of the foregoing *Defendant's Notice Regarding Plaintiff's More Definite Statement* was filed electronically with the Court. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

>               */s/ David J. McAllister*
>               *Attorney for Defendant*