**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHANNA NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:20-cv-00204-MRH |
| vs. | ) | |
| | ) | |
| POINT PARK UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, on this ___24th___ day of _____February_____, 2021, the parties'

Stipulation and Protective Order is hereby approved by this Court as a protective order pursuant

to Fed. R.Civ. P. 26(c).

**BY THE COURT:**

_s/ Mark R. Hornak_____

Mark R. Hornak, U.S. District Judge

ecf/cc:  All Counsel of Record

**This Order entering a protective order Is**
**provisional in that it may be vacated or modified,**
**in whole or in part, at any time for good cause**
**shown upon the motion of any party (or any other**
**person with a recognized interest as to such**
**matters), or by the Court upon its own motion.**
**/s/ Mark R. Hornak, U.S. District Judge**