IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Channa Newman, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:20-cv-00204 |
| | ) |
| v. | ) |
| | ) |
| Point Park University, | ) |
| | ) |
| Defendant. | ) |

**REPORT OF NEUTRAL**

A Mediation session was held in the above-captioned matter on July 7, 2022.

The case (please check one):

\_\_\_\_\_X\_\_\_\_\_   has resolved

_____   has resolved in part (see below)

_____   has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____

Dated:  July 8, 2022                              **/s/David B. White, Esquire**
                                                                   Signature of Neutral