IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANNA NEWMAN, | |
|       Plaintiff, | Civil Action No. 2:20-cv-204 |
| v. | ELECTRONICALLY FILED |
| POINT PARK UNIVERSITY, | |
|       Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Channa Newman and Defendant Point Park University, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this case with prejudice, with each party to bear its own costs and attorneys' fees.

Agreed to by:

| | |
|---|---|
| */s/ James B. Lieber* | */s/ Mariah H. McGrogan* |
| James B. Lieber (PA 21748) | Catherine S. Ryan (PA 78603) |
| jlieber@lhhb-law.com | cryan@reedsmith.com |
| Thomas M. Huber (PA 83053) | David J. McAllister (PA 36729) |
| thuber@lhhb-law.com | dmcallister@reedsmith.com |
| **LIEBER HAMMER HUBER & PAUL, P.C.** | Mariah H. McGrogan (PA 318488) |
| 1722 Murray Avenue, 2nd Floor | mmccgrogan@reedsmith.com |
| Pittsburgh, PA  15217 | **REED SMITH LLP** |
| Phone:   412-687-2231 | Reed Smith Centre |
| Fax:       412-687-3140 | 225 Fifth Avenue, Suite 1200 |
| | Pittsburgh, Pennsylvania  15222 |
| Jerome M. Marcus (PA 50708) | Phone:    (412) 288-4226/3058/3152 |
| jmarcus@marcusauerbach.com | Fax:        (412) 288-3063 |
| **MARCUS & AUERBACH LLC** | |
| 1121 N. Bethlehem Pike, Suite 60-242 | *Attorneys for Defendant* |
| Springhouse, PA  19477 | |
| Phone:   (215) 885-2250 | |
| | |
| Ziporah Reich (*admitted pro hac vice*) | |
| Ziporah@theLawfareProject.org | |
| **THE LAWFARE PROJECT** | |
| 633 Third Avenue, 21st Floor | |
| New York, NY  10017 | |
| Phone:   (212) 339-6995 | |
| | |
| *Attorneys for Plaintiff* | |