IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANNA NEWMAN,<br><br>           Plaintiff,<br><br>v.<br><br>POINT PARK UNIVERSITY,<br><br>           Defendant. | Civil Action No. 2:20-cv-204<br><br>ELECTRONICALLY FILED |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Channa Newman and Defendant Point Park University, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this case with prejudice, with each party to bear its own costs and attorneys' fees.

Agreed to by:

/s/ James B. Lieber
James B. Lieber (PA 21748)
jlieber@lhhb-law.com
Thomas M. Huber (PA 83053)
thuber@lhhb-law.com
**LIEBER HAMMER HUBER & PAUL, P.C.**
1722 Murray Avenue, 2nd Floor
Pittsburgh, PA 15217
Phone:   412-687-2231
Fax:        412-687-3140

Jerome M. Marcus (PA 50708)
jmarcus@marcusauerbach.com
**MARCUS & AUERBACH LLC**
1121 N. Bethlehem Pike, Suite 60-242
Springhouse, PA 19477
Phone:   (215) 885-2250

Ziporah Reich (*admitted pro hac vice*)
Ziporah@theLawfareProject.org
**THE LAWFARE PROJECT**
633 Third Avenue, 21st Floor
New York, NY 10017
Phone:   (212) 339-6995

*Attorneys for Plaintiff*

/s/ Mariah H. McGrogan
Catherine S. Ryan (PA 78603)
cryan@reedsmith.com
David J. McAllister (PA 36729)
dmcallister@reedsmith.com
Mariah H. McGrogan (PA 318488)
mmccgrogan@reedsmith.com
**REED SMITH LLP**
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, Pennsylvania 15222
Phone:   (412) 288-4226/3058/3152
Fax:        (412) 288-3063

*Attorneys for Defendant*

AND NOW, this 27TH day of July, 2022
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE